# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 23, 2022

## NO. 03-22-00373-CV

**H. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the order terminating parental rights signed by the trial court on May 31, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's termination order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.